UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MARAH BOLDEN**,

    Plaintiff,

v.                             CASE NO.  3:23-cv-282-HLA-JBT

**OMNI HOTELS MANAGEMENT CORPORATIOIN**,

    Defendant.
_____/

### O R D E R

Pursuant to the Notice of Settlement (Dkt. 14), and in accordance with Rule 3.09(b) of the Local Rules of the Middle District of Florida, it is

**ORDERED** that his case is **DISMISSED without prejudice**, subject to the right of a party to move the Court within sixty (60) days hereof to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk of Court is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of May, 2023.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record