UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MARAH BOLDEN**,

    Plaintiff,

v.                    CASE NO.  3:23-cv-282-HLA-JBT

**OMNI HOTELS MANAGEMENT CORPORATION**,

    Defendant.
_____/

### O R D E R

Before the Court is the Joint Stipulation for Dismissal with Prejudice (Dkt. 16). Pursuant thereto, it is

**ORDERED** that this action is **DISMISSED with prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida, this 14th day of June, 2023.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record